UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| UNITED STATES OF AMERICA | ) CR 419-0144 |
|---|---|
| | ) |
| v. | ) |
| | ) |
| NOEL ROBERTS | ) |

## ORDER OF DISMISSAL

The motion of the government for an order dismissing, without prejudice, the indictment against Noel Roberts is GRANTED. The indictment is hereby dismissed without prejudice.

So ORDERED, this 19th day of November 2019.

_____
HON. WILLIAM T. MOORE
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA


FILED
2019 NOV 19 AM 11:59
CLERK U.S. DIST. COURT
SO. DIST. OF GA
SAVANNAH DIV.